# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ILLINOIS
# EASTERN DIVISION

Wayne H. Norman,

Plaintiff,

CIVIL ACTION: <u>1:13-cv-03440</u>

EOS CCA,                                       **JURY DEMAND**

Defendant.

## <u>NOTICE OF VOLUNTARY DISMISSAL WITH PREJUDICE</u>

Pursuant to Rule 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure, Plaintiff, Wayne H. Norman, hereby give notice that the above captioned action is voluntarily dismissed, with prejudice against the defendant EOS CCA. All attorneys' fees and costs shall be borne by the party incurring same.

Respectfully submitted,

By: /s/<u>Wayne H. Norman</u>

Wayne H. Norman

Pro Se Plaintiff

1

## **CERTIFICATE OF SERVICE**

On June 14th, 2013, I submitted the foregoing document with the clerk of the Court of the U.S. District Court, Northern District of Illinois using the ECF system which will send notification to case participants registered for electronic notice

John P. Ryan

**HINSHAW & CULBERTSON L.L.P.**

222 North LaSalle Street, Suite 300

Chicago, Illinois 60601

**ATTORNEYS FOR THE DEFENDANT**


By:/s/Wayne H. Norman